No. 370. BALTIMORE & OHIO RAILWAY CO. *v.* JACKSON. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Stephen Ailes* for petitioner. *Milford J. Meyer* for respondent. *Robert W. Ginnane* and *C. H. Johns* filed a brief for the Interstate Commerce Commission, as *amicus curiae,* in support of the petition for writ of certiorari.

No. 204. BENZ ET AL. *v.* COMPANIA NAVIERA HIDALGO, S. A.. C. A. 9th Cir. Certiorari granted. The Solicitor General is invited to file a brief, as *amicus curiae,* expressing the views of the National Labor Relations Board. *Kneland C. Tanner* for petitioners. *Lofton L. Tatum* for respondent.

No. 371. LASKY ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari granted. *Robert Ash* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *I. Henry Kutz* for respondent.

No. 373. LESTER *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari granted. *Edward J. Behrens* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 534. ALLEN *v.* MERRELL, COUNTY CLERK, DUCHESNE COUNTY, UTAH. The Attorney General of the State of Utah having consented to and urged the granting of the petition for certiorari, the petition for writ of certiorari to the Supreme Court of Utah is granted. *Robert W. Barker, John S. Boyden* and *John W. Cragun* for petitioner. *E. R. Callister,* Attorney General of Utah, for respondent. *Solicitor General Rankin* filed a